## Debbie Adair

| | |
|---|---|
| **From:** | Meagan VanderWeele <mvanderweele@grsm.com> |
| **Sent:** | Monday, March 23, 2026 10:48 AM |
| **To:** | Matthew Suddarth |
| **Cc:** | Ryan McCarty; Walter Deering |
| **Subject:** | RE: IQ Technologies, Inc. v. George Industries, LLC, et al. Case No. 2026L002909 |

**EXTERNAL EMAIL**   **mvanderweele@grsm.com**

Hi Matt,

Apologies for the delay. Thank you for confirming acceptance of service on behalf the Defendants as of today, March 23, 2026, making April 22, 2026 the deadline for Defendants to file their responsive pleading.

Please note the court set an initial case management conference for May 7, 2026 at 9:30 am – see docket entry below.

| **Court Date:** | 05/07/2026 | **Hearing Type:** | First Time Case Management First Time Case Management(Judicial Officer:Esrig, Jerry A,Calendar, S) | **Time:** | 9:30 |
|---|---|---|---|---|---|

**MEAGAN P. VANDERWEELE** (She/Her/Hers)
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 312.619.4931
**E:** mvanderweele@grsm.com  |  grsm.com
One North Wacker, Suite 1600, Chicago, IL 60606
vCard

**From:** Matthew Suddarth <msuddarth@polsinelli.com>
**Sent:** Friday, March 20, 2026 11:44 AM
**To:** Meagan VanderWeele <mvanderweele@grsm.com>
**Cc:** Ryan McCarty <RMcCarty@Polsinelli.com>
**Subject:** RE: IQ Technologies, Inc. v. George Industries, LLC, et al. Case No. 2026L002909

Meagan,

Apologies for the delayed response. We are out of office this week for Spring Break. We are willing and able to accept service on behalf of Defendants. However, given that we are currently on vacation, we would ask that Monday March 23, 2026 be considered the effective date of service. This would make our responsive pleading deadline April 22, 2026.

Please confirm you are agreeable to this. Also, please copy me on any future correspondence regarding this matter.

Thanks,
Matt

Begin forwarded message:

> **From:** Meagan VanderWeele <mvanderweele@grsm.com>
> **Date:** March 16, 2026 at 8:48:31 AM MDT
> **To:** Ryan McCarty <RMcCarty@polsinelli.com>, Kathryn Allen <KAllen@polsinelli.com>
> **Cc:** Walter Deering <wdeering@grsm.com>
> **Subject: IQ Technologies, Inc. v. George Industries, LLC, et al. Case No. 2026L002909**

**EXTERNAL EMAIL**   mvanderweele@grsm.com

Kathryn and Ryan,

Attached please find a courtesy copy of the Complaint filed on Friday, March 13, in the Circuit Court of Cook County, Illinois.  Please advise by close of business this upcoming Friday, March 20, whether you are authorized to accept service of the Complaint on behalf of the Defendants. If we do not hear from you by then, we will proceed with service on each of your clients.

Thank you,
Meagan

**MEAGAN P. VANDERWEELE** (She/Her/Hers)
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 312.619.4931
**E:** mvanderweele@grsm.com  |  grsm.com
One North Wacker, Suite 1600, Chicago, IL 60606
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com